No. 778. El Pueblo, Demandante y Apelado, *v.* Toro, Acusado y Apelante. Delito contra la justicia pública. Mayagüez. Febrero 10, 1915. *Confirmada la sentencia.*

No. 1279. Sucesión Rosso, Demandante y Apelante, *v.* Sucesión Rosso, Demandada y Apelada.—División, liquidación y rendición de cuentas con entrega de bienes hereditarios. Arecibo. Febrero 12, 1915. *Desestimada la apelación.*

No. 781. El Pueblo, Demandante y Apelado, *v.* Báez, Acusado y Apelante.—Adulteración de leche. Humacao Febrero 12, 1915. *Confirmada la sentencia.*

No. 782. El Pueblo, Demandante y Apelado, *v.* García, Acusado y Apelante.—

No. 783. El Pueblo, Demandante y Apelado, *v.* García, et al., Acusados y Apelantes—

Infracción a los artículos 300 y 229 del Código Penal respectivamente. Humacao, Febrero 17, 1915. *Confirmadas las sentencias.*

No. 1285. Laboy, Demandante y Apelado, *v.* Ortiz, et al., Demandados y Apelantes.—Reivindicación. Humacao. Febrero 24, 1915. *Desestimada la apelación.*

No. 776. El Pueblo, Demandante y Apelado, *v.* Ortiz, Acusado y Apelante.—Acometimiento y agresión con circunstancias agravantes. Humacao. Febrero 24, 1915. *Confirmada la sentencia.*

No. 1287. El Pueblo, Demandante y Apelante, *v.* Jiménez, Demandado y Apelado.—*Injunction.* Humacao. Marzo 1, 1915. *Desestimada la apelación.*